# EXHIBIT 1

CHAPTER 378
HB 1569-FN - FINAL VERSION

13Jun2024... 2326EBA

2024 SESSION

24-2111
08/10

HOUSE BILL     **1569-FN**

AN ACT     relative to eliminating voter identification exceptions.

SPONSORS:     Rep. Lynn, Rock. 17

COMMITTEE:     Election Law

_____

ANALYSIS

This bill removes any exceptions for proving voter identification. This bill also removes the voter affidavits as proof of identification and repeals the procedures for affidavit ballots.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation:     Matter added to current law appears in ***bold italics.***
Matter removed from current law appears [in brackets and struckthrough.]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

CHAPTER 378
HB 1569-FN - FINAL VERSION

13Jun2024... 2326EBA                                                                                                          24-2111
                                                                                                                                           08/10

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty Four*

AN ACT            relative to eliminating voter identification exceptions.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1    378:1  Determining Qualifications of Applicant; General Voter Registration.  RSA 654:12 is repealed
2    and reenacted to read as follows:
3    654:12  Determining Qualifications of Applicant.
4         I.  When determining the qualifications of an applicant desiring to register to vote, whether the
5    applicant seeks to register before election day or on election day, the supervisors of the checklist, or the
6    town or city clerk, shall require the applicant to present proof of citizenship, age, domicile, and identity as
7    provided in the following categories:
8              (a)  CITIZENSHIP.  The supervisors of the checklist, or the town or city clerk, shall accept
9    from the applicant any one of the following as proof of citizenship: the applicant's birth certificate,
10   passport, naturalization papers if the applicant is a naturalized citizen, or any other reasonable
11   documentation which indicates the applicant is a United States citizen.
12             (b)  AGE.  Any reasonable documentation indicating the applicant will be 18 years of age or
13   older at the next election.
14             (c)  DOMICILE.
15                  (1)  A person who possesses one of the following qualified documents identifying the
16   applicant's name and the address claimed as domicile must present that document when applying for
17   registration:  (i) New Hampshire driver's license or identification card issued under RSA 260:21, RSA
18   260:21-a, or RSA 260:21-b; (ii) New Hampshire resident vehicle registration; (iii) a picture identification
19   issued by the United States government that contains a current address; (iv) a government issued check,
20   benefit statement, or tax document.
21                  (2)  A person who attests under penalty of voter fraud that they do not possess any of the
22   qualified documents listed in subparagraph (c)(1) may present any reasonable documentation of having
23   established a physical presence at the place claimed as domicile, having an intent to make that place their
24   domicile, and having taken a verifiable act to carry out that intent.  The documentation must establish that
25   it is more likely than not that the applicant has a domicile and intends to maintain that domicile, as defined
26   in this chapter, at least until election day, in the town or ward in which they desire to vote.  Reasonable
27   documentation may include, but is not limited to, evidence of:
28                       (A)  Having established domiciliary at the location of an institution of learning the
29   applicant attends, as set forth in RSA 654:1, I-a;
30                       (B)  Renting or leasing an abode at that place for a period of more than 30 days, to
31   include time directly prior to an election day;
32                       (C)  Purchasing an abode at that place;

        (D)  Enrolling the applicant's dependent minor child in an established public or private elementary or secondary school which serves the town or ward of that place, using the address where the registrant resides;

        (E)  Listing that place as the person's physical residence address on state or federal tax forms, other government identification showing the address, or other government forms showing the address;

        (F)  Providing the address of that place to the United States Post Office as the person's permanent address, provided it is not a postal service or commercial post office box;

        (G)  Obtaining public utility services for an indefinite period at that place;

        (H)  Arranging for a homeless shelter or similar service provider located in the town or ward to receive United States mail on behalf of the individual; or

        (I)  Any other reasonable documentation which establishes that it is more likely than not that the applicant is domiciled at the address in the town or ward in which the applicant desires to vote.  An applicant whose domicile is at an abode of another and whose name is not listed on the document offered as proof of domicile may provide a written statement from a person who is listed as owner, property manager, or tenant on the document that the applicant resides at that address, signed by that person under penalty of voting fraud if false information is provided.

    (d)  IDENTITY.  Any one of the following is presumptive evidence of the identity of an applicant sufficient to satisfy the identity requirement of this section:

        (1)  Photo driver's license issued by any state or the federal government.

        (2)  United States passport, armed services identification, or other photo identification issued by the United States government.

        (3)  Photo identification issued by local or state government.

        (4)  Any other evidence that reasonably establishes that it is more likely than not that the person is who they claim to be, including verification of the person's identity by the moderator or another election official.

Residents of a nursing home or similar facility may prove their identity through verification of identity by the administrator of the facility or by his or her designee.  For the purposes of this section, the application of a person whose identity has been verified by an official of a nursing home or similar facility shall be treated in the same manner as the application of a person who proved his or her identity with a photo identification.

  II.  The evidence described or presumptions established in paragraph I may be defeated by evidence establishing that it is more likely than not that the applicant is not qualified as a voter.

  III. Any person who is applying for registration as a voter and who is currently registered to vote in a different town or ward in New Hampshire shall complete the voter registration form provided for in RSA 654:7.  If the election official receiving the application confirms through the centralized voter registration database required by RSA 654:45 that the applicant is currently registered to vote in New Hampshire, the applicant shall prove identity and domicile, but shall not be required to prove his or her age or citizenship.

    IV.  A person who has registered to vote in the town or ward in which the person seeks to vote prior to election day need not provide proof of citizenship, age, or domicile at the polling place on election day, but shall provide proof of identification establishing that he or she is the same person who previously registered to vote.

    V.  Any dispute as to whether a person has met the requirements to register to vote or to vote shall be decided by the election official of the town or ward in charge of voter registration or in charge of the polling place if the dispute arises at the polling place.  A person aggrieved by the decision of said official may take an immediate appeal to the superior court, which shall hear the appeal forthwith and shall make every reasonable effort to decide the matter as soon as possible and before the close of the polls on election day.

378:2  General Voter Registration; Voter Registration Form.  RSA 654:7 is repealed and reenacted to read as follows:

654:7  Voter Registration; Voter Registration Form.

    I.  Any person registering to vote shall be:

        (a)  At least 18 years of age on the day of the next election; and

        (b)  A United States citizen; and

        (c)  Domiciled in the town or city in which the applicant is registering to vote and not otherwise disqualified to vote.

    II.  The applicant shall be required to produce appropriate proof of qualifications as provided in RSA 654:12 and fill out the form as prescribed in paragraph III.

    III.(a)  Standard registration application forms shall be used throughout the state.  The registration forms shall be no larger than 8 ½ inches by 11 inches.

        (b)  The secretary of state shall prescribe the form of the voter registration form to be used for voter registrations, transfers, or updates, which shall be in substantially the following form:

___ NEW REGISTRATION I am not registered to vote in New Hampshire

___ TRANSFER I am registered to vote in New Hampshire and have moved my voting domicile to a new town or ward in New Hampshire

___ NAME CHANGE/ADDRESS UPDATE I am registered to vote in this town/ward and have changed my name/address

Date _____

VOTER REGISTRATION FORM

(Please print or type)

1. Name

Last (suffix) First Full Middle Name

2. Domicile Address

Street Ward Number

1  Town or City Zip Code
2  3. Mailing Address if different than in 2
3
4  Street
5
6  Town or City Zip Code
7  4. Place and Date of Birth
8
9     Town or City State
10 Date_____
11 5. Are you a citizen of the United States? Yes _____ No _____
12 If a naturalized citizen, give name of court where and date when naturalized
13
14 6. Place last registered to vote
15
16 Street Ward Number
17 I am not currently registered to vote elsewhere (initial here _____), or I request that my name be
18 removed as a registered voter in _____ (fill in your address where
19 previously registered, street, city/town, state, and zip code)
20 7. Name under which previously registered, if different from above
21
22 8. Party Affiliation (if any)
23
24 9. Driver's License Number
25 _____
26 State
27
28 If you do not have a valid driver's license, provide the last four digits of your social security number
29 _____
30
31 My name is _____.  I am today registering to vote in the city/town of
32 _____, New Hampshire. If a city, ward number _____.
33 I understand that to vote in this ward/town, I must be at least 18 years of age, I must be a United States
34 citizen, and I must be domiciled in this ward/town.
35 I understand that a person can claim only one state and one city/town as his or her domicile at a time.  I
36 understand that my domicile for voting is that one place from which I participate in democratic self-
37 government and that I have acted to carry out that intent.  By registering or voting today, I am
38 acknowledging that I am not domiciled or voting in any other state or any other city/town.

1  In declaring New Hampshire as my domicile, I realize that I am not qualified to vote in the state or federal
2  elections in another state.
3  If I have any questions as to whether I am entitled to vote in this city/town, I am aware that a supervisor of
4  the checklist is available to address my questions or concerns.
5  I acknowledge that I have read and understand the above qualifications for voting and do hereby swear,
6  under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated
7  city/town, and, if registering on election day, that I have not voted and will not vote at any other polling
8  place this election.
9
10  Date                              Signature of Applicant
11      In accordance with RSA 659:34, the penalty for knowingly or purposely providing false information
12  when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment
13  not to exceed one year and a fine not to exceed $2,000.  Fraudulently registering to vote or voting is
14  subject to a civil penalty not to exceed $5,000.
15      378:3  General Voter Registration; Registering at the Polling Place; Election Day Registration.  RSA
16  654:7-a is repealed and reenacted to read as follows:
17      654:7-a  Registering at the Polling Place; Election Day Registration.
18          I.  Any person whose name is not on the checklist but who is otherwise a qualified voter shall be
19  entitled to vote by requesting to be registered to vote at the polling place on election day.  The applicant
20  shall be required to produce appropriate proof of qualifications as provided in RSA 654:12.  If registered,
21  the voter may then vote at that election.
22          II.  Any person who is waiting to register to vote at the polling place on election day at the time
23  scheduled for the closing of the polls shall be allowed to vote if determined to be qualified to register.
24      378:4  Election Procedure; Challenge of Voter; Affidavit.  RSA 659:27 is repealed and reenacted to
25  read as follows:
26      659:27  Challenge of Voter; Affidavit.
27          I.  A voter offering to vote at any state election may be challenged by any other voter registered in
28  the town or ward in which the election is held, an election official, a challenger appointed by a political
29  committee pursuant to RSA 666:4, or a challenger appointed by the attorney general pursuant to RSA
30  666:5.
31          II. Upon receipt of a written challenge, the moderator shall determine if the challenge to the ballot
32  is well grounded.  If the moderator determines that it is more likely than not that the challenge is well
33  grounded, the moderator shall not receive the vote of the person so challenged.  If the moderator
34  determines that the challenge is not well grounded, the moderator shall permit the voter to vote.
35      378:5  Challenges; Asserting a Challenge.  RSA 659:27-a is repealed and reenacted to read as
36  follows:
37      659:27-a  Asserting a Challenge.
38          I. No challenge may be asserted except in the form of a signed affidavit, under oath administered
39  by an election official, in the following form:

1   INFORMATION ON THE PERSON MAKING THE CHALLENGE
2   Name of Person Making the Challenge:
3
4   Last Name First Name Middle Name/Initial
5
6   Party affiliation
7
8   If the person making a challenge is a voter: physical address-- street name & number
9
10  If the person is a political party or attorney general appointee: mailing address & phone number
11
12  The challenger's qualifications to assert the challenge
13  INFORMATION ON THE VOTER BEING CHALLENGED: The person making the challenge shall
14  complete the following:
15  Name being used by the voter who you wish to challenge:
16  _____
17  Last Name First Name Middle Name
18
19  GROUNDS FOR THE CHALLENGE: The person making the challenge shall indicate the ground on which
20  the challenge is made (check all grounds that apply).
21  ___ The person seeking to vote is not the individual whose name he or she has given
22  ___ The person seeking to vote has already voted in the election at (name polling place) _____
23  at approximately (state time if known) _____
24  ___ The person seeking to vote is disqualified as a voter by conviction of a willful violation of the elections
25  laws (state offense, court, and date of conviction)
26  ___ The person seeking to vote is under 18 years of age
27  ___ The person seeking to vote is not a United States Citizen
28  ___ The person seeking to vote is not domiciled in the town or ward where he or she is seeking to vote
29  (state person's true domicile--town/city)
30  ___ The person seeking to vote does not reside at the address listed for that person on the checklist
31  ___ The person seeking to vote is an incarcerated convicted felon who is currently sentenced to
32  incarceration (state name of institution person is in)
33  ___ This is a primary and the person seeking to vote in the (state political party name) _____
34  primary is not a declared member of the party he or she claims to be affiliated with
35  ___ The person seeking to vote is ineligible to vote pursuant to the following state or federal statute or
36  constitutional provision:
37  BASIS FOR THE CHALLENGE: The person making the challenge shall state the specific source of the
38  information or personal knowledge upon which the challenge of the particular individual is based:
39  OATH: The person making the challenge shall complete the following:

I hereby swear and affirm, under the penalties of perjury, that to the best of my knowledge and belief the information above is true and correct.

_____
(Signature of challenger)

On the date shown above, before me, _____ (print name of notary public, justice of the peace, election officer), appeared _____ (print name of person whose signature is being notarized), known to me or satisfactorily proven (circle one) to be the person whose name appears above, and he or she subscribed his or her name to the foregoing affidavit and swore that the facts contained in this affidavit are true to the best of his or her knowledge and belief.

_____
Notary Public/Justice of the Peace/Official Authorized by RSA 659:30

TO BE COMPLETED BY THE MODERATOR RULING ON THE CHALLENGE:
If the ground at issue is age, citizenship, domicile, or identity: The supervisors of the checklist have ruled that the challenged voter is: qualified as a voter; not qualified as a voter (circle one).
The moderator rules on challenges based on other grounds: The moderator rules that the challenge is: well grounded; not well grounded (circle one).

_____
Signature of Moderator or Election Official

II.(a)  A challenge may be asserted only upon personal knowledge or other basis of probable cause that the challenged voter is ineligible to vote.  No challenge may be accepted unless one of the following grounds is asserted and specific facts are offered in support of such grounds:

(1)  The person seeking to vote is not the individual whose name he or she has given.

(2)  The person seeking to vote has already voted in the election at the time and place specified in the challenge.

(3)  The person seeking to vote is disqualified as a voter by conviction of a willful violation of the elections laws, such conviction having been for the offense specified in the challenge.

(4)  The person seeking to vote is under 18 years of age.

(5)  The person seeking to vote is not a United States citizen.

(6)  The person seeking to vote is not domiciled in the town or ward where he or she is seeking to vote because the person's true domicile is in the town or city specified in the challenge.

(7)  The person seeking to vote does not reside at the address listed for that person on the checklist.

(8)  The person seeking to vote is an incarcerated convicted felon who is currently sentenced to incarceration in the institution specified in the challenge.

(9)  The person is attempting to vote in a primary and the person is not a declared member of the party with which he or she claims to be affiliated.

          (10)  The person is ineligible to vote pursuant to some other state or federal statute or constitutional provision specified in the challenge.

     (b)  Before ruling on the challenge, the moderator shall give the challenged voter an opportunity to be heard.  A person aggrieved by the moderator's decision on a voter challenge may obtain immediate review of the decision in the superior court pursuant to RSA 654:12, V.

378:6  Obtaining a Ballot; Affidavit Ballots Removed.  RSA 659:13, I(c) is repealed and reenacted to read as follows:

     (c)(1)  If the voter does not have a valid photo identification, the ballot clerk shall direct the voter to see the supervisor of the checklist.

          (2)  The supervisor of the checklist shall review the voter's qualifications and determine if the voter's identity can be verified.

If the supervisor of the checklist determines that the voter's qualifications and identity are established, the voter shall be allowed to vote.  If the supervisor of the checklist determines that the voter's qualifications and identity have not been established, the voter shall not be allowed to vote.  A voter not allowed to vote as a result of the determination of the supervisor of the checklist may take an immediate appeal to the superior court as provided in RSA 654:12, V.

378:7  Voting Procedure; Obtaining a Ballot.  Amend RSA 659:13, II(b) - (e) to read as follows:

     [(b)  In addition to the forms of photo identification authorized in subparagraph (a), the identification requirements of paragraph I may be satisfied by verification of the person's identity by a moderator or supervisor of the checklist or the clerk of a town, ward, or city, provided that if any person authorized to challenge a voter under RSA 659:27 objects to such verification, identifies the reason for the objection in writing, and states the specific source of the information or personal knowledge upon which the challenge of the photo identification is based, the voter shall be required to execute a challenged voter affidavit as if no verification was made.  When an election official uses personal recognizance as a substitute for required documentation under this section, the moderator or clerk shall print in the margin of the checklist, next to the name of the voter so qualified, one of the following to identify the official who validated the voter: "P-x-AB" where "P" indicates personal recognizance; "x" shall be "M" for moderator or "C" for clerk; and AB are the first and last initials of the moderator or clerk.  By initialing the checklist, the moderator or clerk personally affirms, under penalty of perjury, the identity of the voter they are qualifying to vote.]

     [(c)] *(b)*  The secretary of state shall post the lists of educational institutions provided by the commissioner of the department of education under RSA 21-N:4, VII on the department of state's website, and otherwise shall make such lists available to local election officials.

     [(d)] *(c)*  The secretary of state shall provide training for supervisors of the checklist on how the nonpublic data in the statewide centralized voter registration database may be used to satisfy voter identification requirements.

     [(e)] *(d)*  The secretary of state shall develop and make available an informational pamphlet explaining the procedure established in RSA 260:21 for obtaining a picture identification card for voter identification purposes only.

378:8  Election Procedure; Challenges; Record by Clerk.  RSA 659:32 is repealed and reenacted to read as follows:

659:32  Record by Clerk.  The town clerk shall record the name and domicile of all challenged voters, the name and domicile of the person who challenged each such voter, the reason for each challenge, and the ruling on each challenge by the moderator or election official.

378:9  Election Fund; Cross Reference Removed.  Amend RSA 5:6-d, III to read as follows:

III.  The secretary of state is authorized to accept, budget, and, subject to the limitations of this paragraph, expend monies in the election fund received from any party for the purposes of conducting elections, voter and election official education, the purchase or lease of equipment that complies with the Help America Vote Act of 2002, Public Law 107-252, [or with RSA 659:13, V,] reimbursing the department of safety for the actual cost of voter identification cards, election law enforcement, enhancing election technology, making election security improvements, and improvements to related information technology, including acquisition and operation of an automated election management system. With the exception of federal and state portions of funds associated with the 2018 Election Reform Program, the secretary of state shall not expend any monies in the election fund unless the balance in the fund following such expenditures shall be at least 12 times the estimated annual cost of maintaining the programs established to comply with the Help America Vote Act of 2002, Public Law 107-252.

378:10  Repeals.  The following are repealed:

I.  RSA 659:30 and 659:31, relative to affidavits related to election procedure and challenges.

II.  RSA 660:17-a, relative to affidavit ballots; recounts.

III.  RSA 659:23-a, relative to affidavit ballots.

IV.  RSA 659:13, II(a)(6) - (7), relative to affidavit ballots.

V.  RSA 659:13, III, IV, and V, relative to affidavit ballots and the secretary of state.

378:11  Effective Date.  This act shall take effect 60 days after its passage.

Approved: September 12, 2024
Effective Date: November 11, 2024