**Civil Form 4, Nongovernmental Corporate Disclosure Statement**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy et al.

v.

                                                 Civil No. Case #/Judge Initials

Secretary of State et al.

**THE FORWARD FOUNDATION
DISCLOSURE STATEMENT
<u>LOCAL RULE 7.1.1</u>**

[This form is to be completed and filed only by parties and intervenors that are nongovernmental corporations, partnerships, or limited liability companies. Check the appropriate box(es).]

☐    The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

☐    The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

☐    The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

☐    The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

☒    The filing party has none of the above.

(Added 1/1/01; amended 1/1/03, 12/1/09, 12/1/13, 12/1/22)