UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00312<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MING CHEUNG

I, Ming Cheung, do hereby depose and swear as follows:

1. I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is mcheung@aclu.org, and my telephone number is (212) 549-2500.

2. The following are the courts in which I am admitted to practice.

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Supreme Court, Appellate Division, Second Department | January 9, 2019 | 5647763 |
| U.S. Court of Appeals for the Fourth Circuit | January 10, 2019 |  |
| U.S. Court of Appeals for the Fifth Circuit | September 26, 2023 |  |

-2-

| | |
|---|---|
| U.S. Court of Appeals for the Eleventh Circuit | December 15, 2023 |
| U.S. Court of Appeals for the D.C. Circuit | March 2, 2022 |
| U.S. District Court for the Southern District of New York | March 1, 2022 |

3. I am a member in good standing and eligible to practice in the above-listed courts.

4. I am not currently and have never been suspended or disbarred in any jurisdiction.

5. I have not been denied admission to practice before any court, and no court has denied or revoked my *pro hac vice* status.

6. I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 7, 2024

Respectfully submitted,

*/s/ Ming Cheung*
Ming Cheung
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
mcheung@aclu.org