UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>        Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>        Defendants. | Civil Action No. 1:24-cv-00312 |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE**

    1.    Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, Alexander Muirhead, and Lila Muirhead ("Plaintiffs") respectfully moves this court for an order admitting Desiree M. Pelletier to the bar of this Court, *pro hac vice*, for the purpose of representing the Plaintiffs in the above-captioned case. Ms. Pelletier is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Pelletier to appear before this Court.

    2.    Ms. Pelletier is a member in good standing of the bar of Massachusetts, she is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings, and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

1

3. For the foregoing reasons, the Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Pelletier pro hac vice in the above-captioned case.

4. Defendants, through counsel, assent to this motion.

WHEREFORE, the Plaintiffs, Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, Alexander Muirhead, and Lila Muirhead, respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Desiree M. Pelletier; and

B. Grant such other and further relief as may be just and equitable.

Date: October 10, 2024

Respectfully submitted,

*/s/ Henry R. Klementowicz*
Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
(603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has electronically filed this date the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. This filing is available for viewing and downloading from the ECF system.

Date:   October 10, 2024         /s/  Henry Klementowicz
                                 Henry R. Klementowicz