UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>Defendants. | Civil Action No. 1:24-cv-00312 |

## AFFIDAVIT OF DESIREE M. PELLETIER

I, Desiree M. Pelletier, do hereby depose and swear as follows:

1. I am an attorney at the Ropes & Gray LLP. My office address is Prudential Tower, 800 Boylston Street, Boston, MA 02199. My telephone number is (617) 235-9899.

2. The following are the courts in which I am admitted to practice.

| Court | Date of Admission | Bar Number |
|---|---|---|
| State Bar of Massachusetts | January 2021 | 707594 |

3. I am a member in good standing and eligible to practice in the above-listed courts.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I am not involved in any pending disciplinary matters.

6. I have no prior denials or revocations of pro hac vice status in any court.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Respectfully submitted,

        /s/ *Desiree M. Pelletier*
        Desiree M. Pelletier*
        ROPES & GRAY LLP
        Prudential Tower, 800 Boylston Street
        Boston, MA 02199
        (617) 951-7000
        Desiree.Pelletier@ropesgray.com

Dated:   October 8, 2024