UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead, <br><br> Plaintiffs, <br><br> vs. <br><br> David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General, <br><br> Defendants. | Civil Action No. 1:24-cv-00312 |

## AFFIDAVIT OF SOPHIA LIN LAKIN

I, Sophia Lin Lakin, do hereby depose and swear as follows:

1. I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is slakin@aclu.org, and my telephone number is (212) 519-7836.

2. The following are the courts in which I am admitted to practice.

| Court | Date of Admission | Bar Number |
|---|---|---|
| N.Y. Supreme Court, Appellate Division, First Judicial Department | November 18, 2013 | 5182076 |
| Eastern District of Wisconsin | May 11, 2015 | |
| U.S. Court of Appeals, Fourth Circuit | April 28, 2016 | |

-2-

| | | |
|---|---|---|
| U.S. Court of Appeals, Tenth Circuit | May 4, 2016 | |
| U.S. Court of Appeals, Eighth Circuit | November 4, 2016 | |
| U.S. Court of Appeals, Sixth Circuit | April 6, 2017 | |
| U.S. Court of Appeals, Fifth Circuit | May 22, 2017 | |
| U.S. Supreme Court | June 12, 2017 | 302350 |
| U.S. Court of Appeals, Seventh Circuit | July 13, 2018 | |
| U.S. Court of Appeals, Third Circuit | November 24, 2020 | |
| Western District of Louisiana | April 9, 2024 | 918062 |
| U.S. Court of Appeals, Ninth Circuit | August 19, 2024 | |
| District of Puerto Rico | September 25, 2024 | |

3. I am a member in good standing and eligible to practice in the above-listed courts.

4. I am not currently and have never been suspended or disbarred in any jurisdiction.

5. I have not been denied admission to practice before any court, and no court has denied or revoked my *pro hac vice* status.

6. I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

-3-

Date: October 9, 2024                     Respectfully submitted,

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 519-7836
slakin@aclu.org

-3-