UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:24-cv-00312 |
| vs. | ) ) ) | |
| David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>AFFIDAVIT OF JACOB VAN LEER</u>

I, Jacob van Leer, do hereby depose and swear as follows:

1.      I am an attorney at the American Civil Liberties Union Foundation, Inc.  My office address is 915 15th Street NW, Washington, D.C. 20005.  My email address is jvanleer@aclu.org, and my telephone number is (202) 715-0815.

2.      The following are the courts in which I am admitted to practice.

| <u>Court</u> | <u>Date of Admission</u> | <u>Bar Number</u> |
|---|---|---|
| District of Columbia Court of Appeals | June 7, 2021 | 1742796 |
| U.S. District Court for the District of Columbia | July 19, 2023 | |
| U.S. Court of Appeals for the Fifth Circuit | September 6, 2024 | |

3.      I am a member in good standing and eligible to practice in the above-listed courts.

4.      I am not currently and have never been suspended or disbarred in any jurisdiction.

5.      I have not been denied admission to practice before any court, and no court has denied or revoked my *pro hac vice* status.

6.      I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: October 7, 2024                    Respectfully submitted,

                                         */s/ Jacob van Leer*
                                         Jacob van Leer
                                         AMERICAN CIVIL LIBERTIES UNION
                                         FOUNDATION
                                         915 15th Street NW
                                         Washington, D.C. 20005
                                         (202) 715-0815
                                         jvanleer@aclu.org