UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead, <br><br> Plaintiffs, <br><br> vs. <br><br> David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General, <br><br> Defendants. | Civil Action No. 1:24-cv-00312 |

### **AFFIDAVIT OF DESIREE M. PELLETIER**

I, Desiree M. Pelletier, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at Ropes & Gray LLP. My office address is Prudential Tower, 800 Boylston Street, Boston, MA 02199. My email address is Desiree.Pelletier@ropesgray.com. My telephone number is (617) 951-7166.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| State Bar of Massachusetts | January 13, 2021 | 707594 |

1

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), with the exception of this Court's temporary denial without prejudice of admission pro hac vice in this matter, no court has previously denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Respectfully submitted,

        /s/ *Desiree M. Pelletier*
        Desiree M. Pelletier*
        ROPES & GRAY LLP
        Prudential Tower, 800 Boylston Street
        Boston, MA 02199
        (617) 951-7000
        Desiree.Pelletier@ropesgray.com

Dated: October 18, 2024

-3-

## **CERTIFICATE OF SERVICE**

    I certify that on October 22, 2024, I served a copy of this affidavit on counsel for defendants by filing the same through the Court's electronic filing system.

*/s/ Henry Klementowicz*
Henry Klementowicz
