AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Coalition for Open Democracy, et.al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00312 |
| David M. Scanlan, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and LilaMuirhead, by her next friend Russell Murihead

Date: 10/30/2024

/s/ Desiree Pelletier
*Attorney's signature*

Desiree Pelletier
*Printed name and bar number*

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA US 02199-3600
*Address*

desiree.pelletier@ropesgray.com
*E-mail address*

(617) 951-7166
*Telephone number*

(617) 235-9899
*FAX number*