**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

COALITION FOR OPEN DEMOCRACY,
*et al.*,

    *Plaintiffs*,

    v.

DAVID M. SCANLAN, in his official capacity
as New Hampshire Secretary of State, *et al.*,

    *Defendants*.

Case No. 1:24-cv-00312

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE THEIR RESPONSIVE PLEADING

NOW COME Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John Formella (collectively, the "Defendants"), by and through their counsel, the Office of the Attorney General, and submit this Assented-To Motion to Extend Time to File Their Responsive Pleading, and state as follows:

1.    On October 7, 2024, Defendants waived service of summons in this case. ECF Nos. 7 & 8. Defendants' responsive pleading was due on or before December 2, 2024.

2.    Defendants have been negotiating in good faith with Plaintiffs to schedule a later responsive pleading deadline, but the parties have not been able to finalize an agreement.

3.    Thus, Defendants respectfully request that the Court extend Defendants' deadline to file their responsive pleading or a Joint Motion to Set Deadlines to December 9, 2024.

4.    Plaintiffs have assented to this request to extend time.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A.    Grant Defendants' Motion to Extend Time;

B.     Allow Defendants to file their responsive pleading or Joint Motion to Set
       Deadlines on or before December 9, 2024; and

C.     Grant such further relief as is just and equitable.

                                        Respectfully submitted,

                                        DEFENDANTS DAVID M. SCANLAN and
                                        JOHN FORMELLA

                                        By their attorneys,

                                        JOHN M. FORMELLA
                                        ATTORNEY GENERAL

Date:  December 3, 2024               /s/ Michael P. DeGrandis
                                      Michael P. DeGrandis, N.H. Bar  No. 277332
                                      Assistant Attorney General
                                      Office of the Attorney General, Civil Bureau
                                      1 Granite Place South
                                      Concord, NH 03301
                                      (603) 271-3650
                                      michael.p.degrandis@doj.nh.gov

                    CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served on all parties of record through
the Court's e-filing system.


                                       /s/ Michael P. DeGrandis
                                       Michael P. DeGrandis