UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>    Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>    Defendants. | Civil Action No. 1:24-cv-00312 |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

1.  Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, Alexander Muirhead, and Lila Muirhead ("Plaintiffs") respectfully move this Court for an order admitting Clayton Pierce to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Mr. Pierce is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Pierce to appear before this Court.

2.  Mr. Pierce is a member in good standing of the bar of the State of New York; he is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and he

has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Mr. Pierce *pro hac vice* in the above-captioned case.

4. Defendants, through counsel, assent to this motion.

WHEREFORE, the Plaintiffs, Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, Alexander Muirhead, and Lila Muirhead, respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Clayton Pierce; and

B. Grant such other and further relief as may be just and equitable.

Date: March 3, 2025

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Geoffry M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*

ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
Geoffry.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Patrick.Roath@ropesgray.com
Desiree.Pelletier@ropesgray.com

Respectfully submitted,

*/s/ Henry R. Klementowicz*
Henry R. Klementowicz, N.H. Bar No. 2117
Gilles Bissonnette, N.H. Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
henry@aclu-nh.org
gilles@aclu-nh.org

Ming Cheung*
Sophia Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
mcheung@aclu.org
slakin@aclu.org

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

  The undersigned certifies that he has electronically filed this date the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. This filing is available for viewing and downloading from the ECF system.

Date: March 3, 2025      */s/ Henry R. Klementowicz*
                 Henry R. Klementowicz