UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>Defendants. | Civil Action No. 1:24-cv-00312 |

## AFFIDAVIT OF CLAYTON PIERCE

I, Clayton Pierce, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is cpierce@aclu.org, and my telephone number is (212) 549-2500.

2. In accordance with LR 83.2(b)(1)(B), the following is the court in which I am admitted to practice, along with the year and date of my admission:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York Supreme Court, Appellate Division, First Department | February 24, 2025 | 6181507 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed court.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), no court has previously denied or revoked my *pro hac vice* status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 3, 2025                             Respectfully submitted,

*/s/ Clayton Pierce*
Clayton Pierce
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org

## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2025, I served a copy of this affidavit on counsel for Defendants by filing the same through the Court's electronic filing system.

*/s/ Henry R. Klementowicz*
Henry R. Klementowicz