UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead, <br><br> Plaintiffs, <br><br> vs. <br><br> David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General, <br><br> Defendants. | Civil Action No. 1:24-cv-00312 |

## NOTICE OF WITHDRAWAL OF ATTORNEY PATRICK ROATH

Notice is hereby given that Patrick Roath withdraws his appearance as counsel on behalf of Plaintiffs Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, McKenzie Nykamp Taylor, December Rust, Miles Borne, Alexander Muirhead, and Lila Muirhead in the above-captioned matter. Attorney Roath will be leaving the law firm of Ropes & Gray LLP. Plaintiffs will continue to be represented by the below signed attorneys from Ropes & Gray LLP, the American Civil Liberties Union of New Hampshire Foundation, and the American Civil Liberties Union Foundation.

Respectfully submitted on this March 6, 2025,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MCKENZIE NYKAMP TAYLOR, DECEMBER RUST, MILES BORNE, BY HIS NEXT FRIEND STEVEN BORNE, ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT FRIEND RUSSELL MUIRHEAD

By and through their attorneys,

*/s/ Patrick Roath*
Patrick Roath
Geoffrey M. Atkins
John T. Montgomery
Desiree M. Pelletier
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(617) 951-7000
Patrick.Roath@ropesgray.com
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com

Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
(603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob van Leer
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung

-1-

-2-

       Sophia Lin Lakin
       AMERICAN CIVIL LIBERTIES UNION FOUNDATION
       125 Broad Street
       New York, NY 10004
       (212) 549-2500
       mcheung@aclu.org
       slakin@aclu.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

                                                           */s/ Patrick Roath*
                                                           Patrick Roath

Case 1:24-cv-00312-SE-TSM   Document 49   Filed 03/06/25   Page 4 of 4