UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Coalition for Open Democracy, League of Women Voters of New Hampshire, 603 Forward, McKenzie Nykamp Taylor, December Rust, Miles Borne, by his next friend Steven Borne, Alexander Muirhead, by his next friend Russell Muirhead, and Lila Muirhead, by her next friend Russell Muirhead,<br><br>     Plaintiffs,<br><br>vs.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John Formella, in his official capacity as New Hampshire Attorney General,<br><br>     Defendants. | Civil Action No. 1:24-cv-00312-SE-TSM |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO REPLY TO OBJECTION TO MOTION TO DISMISS

1. On March 5, 2025, Defendants filed a reply in support of their motion to dismiss the complaint.

2. Plaintiffs' surreply is due March 10, 2025.

3. Plaintiffs require additional time to respond to the reply, and request a modest extension until **March 14, 2025**.

4. Defendants assent.

5. Because of the nature of the relief requested, no memorandum of law is required.

6. Granting this motion will not result in the continuance of any currently scheduled trial or hearing.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

7. Extend Plaintiffs' time to file a surreply to Defendants' reply to Plaintiffs' Objection to Defendants' motion until March 14, 2025; and

8. Grant such other and further relief as the Court deems just and proper.

Date: March 10, 2025

Respectfully submitted,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MCKENZIE NYKAMP TAYLOR, DECEMBER RUST, STEVEN BORNE (as father and next friend of MILES BORNE), and RUSSELL MUIRHEAD (as father and next friend of ALEXANDER MUIRHEAD and LILA MUIRHEAD)

By their attorneys,

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Patrick.Roath@ropesgray.com
Desiree.Pelletier@ropesgray.com

/s/ Henry Klementowicz
Henry Klementowicz, N.H. Bar No. 21177
Gilles Bissonnette, NH Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org
gilles@aclu-nh.org

Ming Cheung*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
slakin@aclu.org

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on today's date, I served all counsel who have appeared by filing the foregoing through the Court's ECF/Case Management system.

/s  Henry Klementowicz

Henry Klementowicz