## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>　　　*Defendants*. | Case No. 1:24-cv-00312-SE-TSM |

## JOINT STATUS REPORT

NOW COME all parties, by and through their respective counsel, and jointly report on the status of compliance with the Court's May 20, 2025 Endorsed Order and its May 27, 2025 Memorandum Order (ECF No. 75) (collectively, the "Orders"), and state as follows:

1.　　On May 29, 2025, the Court held a Status Conference regarding compliance with the Orders directing Defendants to produce a copy of the Statewide Voter Registration System ("SVRS") by May 27, 2025.  End. Order (May 29, 2025).  The Court ordered the parties to jointly report, at a minimum, the status of the proposed protective order and Defendants' production, including a timeline for the completion of production, and whether production will include guided access.

2.　　Defendants' Prefatory Statement:  Defendants will be filing a motion to reconsider the Orders today.  As indicated at the Status Conference, Defendants are considering an interlocutory appeal of the Orders, but those deliberations are not impeding Defendants' efforts to work with Plaintiffs to comply with the Orders.

3.　　Plaintiffs' Prefatory Statement: Plaintiffs' position is that the Defendants have been in non-compliance with the Court's order on the Motion to Compel since May 27, 2025.

Despite that, the Plaintiffs have engaged in expedited, good-faith efforts to resolve the dispute. Defendants sent a proposal to resolve the production dispute on Friday, May 30 at 11:00 am. Plaintiffs sent their comments and edits to Defendants on Monday, June 2 at 3:50 pm. Plaintiffs are unsure whether agreement to resolve this issue can be reached, but are willing to continue discussions for the time being.  At some point, however, Plaintiffs may seek further relief from the Court.  As to the Motion to Reconsider, as of the time of this drafting Plaintiffs have not reviewed the motion, but intend to file an objection expeditiously.

4.    Proposed Protective Order:  Defendants transmitted their comments and edits to Plaintiffs' draft Proposed Protective Order at 8:55 a.m. on Friday, May 30,2025.  Plaintiffs transmitted their comments and edits to Defendants' counterproposal at 4:45 p.m. on Tuesday, June 3,2025.  The parties believe that they are close to an agreement and they intend to file a joint proposal on or before Thursday, June 5, 2025.  The parties appreciate that time is of the essence.

5.    Defendants' Statement on Production Status:  Defendants have not produced additional information pursuant to the Orders, but Defendants are diligently proceeding toward compliance.  To facilitate compliance, the parties met and conferred at 2:00 p.m. on Monday, June 2, 2025.  The meeting included Anand Balasubramanian, CEO of ReFrame Solutions, New Hampshire's SVRS vendor.  Mr. Balasubramanian shared information regarding relational database technology with Plaintiffs.

6.    Guided Access to the SVRS:  The parties have scheduled an on-site guided tour of the SVRS for Friday, June 6, 2025.  Plaintiffs' understanding is that the visit will allow the Plaintiffs and their expert to observe the database but do not understand it to be an opportunity to conduct analysis or extract data.  The parties agree this will not relieve Defendants of their

discovery obligations under the Court order.[1]  The parties will be considerate of the Court's time

in seeking entry of a protective order by moving the Court as soon as possible, because a

protective order is necessary before Friday's guided access.  Also, because the guided access is

onsite, the parties will negotiate a nondisclosure agreement.  Defendants will provide to

Plaintiffs by Wednesday, June 4, 2025.

                                        Respectfully submitted,

                                        DEFENDANTS DAVID M. SCANLAN and
                                        JOHN M. FORMELLA

                                        By their attorney,

                                        JOHN M. FORMELLA
                                        ATTORNEY GENERAL

Date:  June 3, 2025                      /s/ Michael P. DeGrandis
                                        Michael P. DeGrandis, N.H. Bar  No. 277332
                                        Assistant Attorney General
                                        Catherine A. Denny, N.H. Bar No. 275344
                                        Assistant Attorney General
                                        Office of the Attorney General, Civil Bureau
                                        1 Granite Place South
                                        Concord, NH 03301
                                        (603) 271-3650
                                        michael.p.degrandis@doj.nh.gov
                                        catherine.a.denny@doj.nh.gov


                                        COALITION FOR OPEN DEMOCRACY,
                                        LEAGUE OF WOMEN VOTERS OF NEW
                                        HAMPSHIRE, THE FORWARD
                                        FOUNDATION, MCKENZIE NYKAMP
                                        TAYLOR, DECEMBER RUST, STEVEN
                                        BORNE (as father and next friend of MILES
                                        BORNE), and RUSSELL MUIRHEAD (as
                                        father and next friend of ALEXANDER
                                        MUIRHEAD and LILA MUIRHEAD)

                                        By their attorneys,

---

[1] Defendants reiterate that they reserve their rights to seek reconsideration and interlocutory appeal of the Orders. Acknowledgement that they have not yet fully complied with the Orders or that they are working toward compliance is not a waiver of their rights to seek reconsideration or appellate review.

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Patrick.Roath@ropesgray.com
Desiree.Pelletier@ropesgray.com

/s/ Henry Klementowicz
Henry Klementowicz, N.H. Bar No. 21177
Gilles Bissonnette, NH Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org
gilles@aclu-nh.org

Ming Cheung*
Sophia Lin Lakin*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
slakin@aclu.org

* Admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

/s/ Michael P. DeGrandis
Michael P. DeGrandis