UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00312-SE-TSM <br><br> NOTICE OF APPEAL |

Notice is hereby given that Defendants, New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, hereby appeal to the United States Court of Appeals for the First Circuit from the district court's endorsed order granting Plaintiff's motion to compel and ordering production of New Hampshire's Statewide Voter Registration System entered on May 20, 2025 and the district court's narrative order granting the same relief entered on May 27, 2025.

                                                Respectfully submitted,

                                                DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

                                                  By their attorney,

                                                  JOHN M. FORMELLA <br>
                                                  ATTORNEY GENERAL

Date:  June 13, 2025                    /s/ Matthew T. Broadhead
                                                  Matthew T. Broadhead, N.H. Bar No. 19808
                                                  Associate Attorney General
                                                  Michael P. DeGrandis, N.H. Bar  No. 277332
                                                  Assistant Attorney General
                                                  Catherine A. Denny, N.H. Bar No. 275344
                                                  Assistant Attorney General
                                                  New Hampshire Department of Justice
                                                  1 Granite Place South
                                                  Concord, NH 03301

(603) 271-3650
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
catherine.a.denny@doj.nh.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

    /s/ Michael P. DeGrandis
Michael P. DeGrandis