# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00312-SE-TSM |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

NOW COME all parties, by and through their respective counsel, and jointly request that the Court enter the Proposed Protective Order, attached hereto and made a part hereof, and state as follows:

1. On Thursday, June 12, 2025, the Court held a Status Conference regarding compliance with the Court's order directing Defendants to produce a copy of the Statewide Voter Registration System. Among other things, the Court ordered the parties to file a proposed protective order. Status Conf. Tr. 39:11-14 (June 12, 2025). The Court directed the parties to file either a joint motion or competing versions of a proposed protective order on or before Monday, June 16, 2025. *Id.*

2. The parties have reached a mutually acceptable Proposed Protective Order (Exhibit A) and respectfully request that the Court enter the Proposed Order in this case.

### Prayer for Relief

WHEREFORE, the parties respectfully request that this Honorable Court:

A. Grant this Motion;

B. Enter the attached Proposed Protective Order; and

    C.    Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN and JOHN M. FORMELLA

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: June 16, 2025

/s/ Michael P. DeGrandis
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
catherine.a.denny@doj.nh.gov

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MCKENZIE NYKAMP TAYLOR, DECEMBER RUST, STEVEN BORNE (as father and next friend of MILES BORNE), and RUSSELL MUIRHEAD (as father and next friend of ALEXANDER MUIRHEAD and LILA MUIRHEAD)

By their attorneys,

/s/ Henry Klementowicz
Henry Klementowicz, N.H. Bar No. 21177
Gilles Bissonnette, NH Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

| | |
|---|---|
| Geoffrey M. Atkins* | gilles@aclu-nh.org |
| John T. Montgomery* | |
| Desiree M. Pelletier* | Ming Cheung* |
| ROPES & GRAY LLP | Sophia Lin Lakin* |
| Prudential Tower, 800 Boylston Street | Clayton Pierce* |
| Boston, MA 02199 | AMERICAN CIVIL LIBERTIES UNION |
| (617) 951-7000 | FOUNDATION |
| Geoffrey.Atkins@ropesgray.com | 125 Broad Street |
| John.Montgomery@ropesgray.com | New York, NY 10004 |
| Patrick.Roath@ropesgray.com | (212) 549-2500 |
| Desiree.Pelletier@ropesgray.com | mcheung@aclu.org |
| | slakin@aclu.org |

* Admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

/s/ Michael P. DeGrandis
Michael P. DeGrandis