UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-cv-00312-SE-TSM |

**DEFENDANTS' NOTICE OF INTENT TO WITHDRAW INTERLOCUTORY APPEAL**

NOW COME Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, by and through their counsel, the Office of the Attorney General, and notice their intent to withdraw the interlocutory appeal to which they previously noticed this Court (ECF No. 80), and state as follows:

1. On June 13, 2024, Defendants filed a Notice of Appeal to the United States Court of Appeals for the First Circuit from this Court's order granting Plaintiffs' Motion to Compel and ordering production of New Hampshire's Statewide Voter Registration System. ECF No. 80.

2. After consideration and evaluation of changing circumstances since Defendants filed their Notice, Defendants no longer wish to pursue their interlocutory appeal.

3. Accordingly, Defendants notice the Court and Plaintiffs that Defendants will be withdrawing their appeal in the First Circuit.

    Respectfully submitted,

    DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

    By their attorney,

|  |  |
|---|---|
|  | JOHN M. FORMELLA<br>ATTORNEY GENERAL |
| Date:  June 26, 2025 | /s/ Michael P. DeGrandis<br>Michael P. DeGrandis, N.H. Bar  No. 277332<br>Assistant Attorney General<br>Matthew T. Broadhead, N.H. Bar No. 19808<br>Associate Attorney General<br>Catherine A. Denny, N.H. Bar No. 275344<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>1 Granite Place South<br>Concord, NH 03301<br>(603) 271-3650<br>michael.p.degrandis@doj.nh.gov<br>matthew.t.broadhead@doj.nh.gov<br>catherine.a.denny@doj.nh.gov |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

/s/ Michael P. DeGrandis
Michael P. DeGrandis