## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-cv-00312-SE-TSM |

### ASSENTED-TO MOTION TO WITHDRAW DEFENDANTS' MOTION TO STAY PENDING INTERLOCUTORY APPEAL

NOW COME Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, by and through their counsel, the Office of the Attorney General, and move to withdraw Defendants' Motion to Stay Order Compelling Production of the Statewide Voter Database & Related Documents (ECF No. 81), and state as follows:

1. On June 13, 2024, Defendants filed a Notice of Appeal to the United States Court of Appeals for the First Circuit from this Court's order granting Plaintiffs' Motion to Compel and ordering production of New Hampshire's Statewide Voter Registration System. ECF No. 80.

2. Simultaneous with their Notice of Appeal, Defendants filed a Motion to Stay Order Compelling Production of the Statewide Voter Database & Related Documents, pending resolution of the interlocutory appeal. ECF No. 81.

3. After consideration and evaluation of changing circumstances since Defendants filed their Notice and Motion, Defendants no longer wish to pursue their Motion to Stay. Accordingly, Defendants respectfully request that the Court allow withdrawal of their Motion.

4. <u>Local Rule 7.1(a)(2)</u>:  Due to the nature of the relief requested, no memorandum of law is required.

5. <u>Local Rule 7.1(c)</u>:  Plaintiffs assent to this Motion.

6. <u>Local Rule 7.2(a)</u>:  Neither this Motion nor its requested relief will result in the continuance of any currently scheduled trial or hearing.

WHEREFORE, Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella respectfully request that this Court allow their withdrawal of the pending Motion to Stay.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  June 26, 2025

/s/ Michael P. DeGrandis
Michael P. DeGrandis, N.H. Bar  No. 277332
Assistant Attorney General
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

                                            /s/ Michael P. DeGrandis
                                            Michael P. DeGrandis