# United States Court of Appeals
## For the First Circuit

No. 25-1585

COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; STEVEN BORNE, as father and next friend of Miles Borne; RUSSELL MUIRHEAD, as father and next friend of Alexander Muirhead and Lila Muirhead,

Plaintiffs - Appellees,

v.

JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; DAVID SCANLAN, in their official capacity as New Hampshire Secretary of State,

Defendants - Appellants.

**JUDGMENT**

Entered: July 2, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants David Scanlan and John M. Formella's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette, John T. Montgomery, Henry R. Klementowicz, Sophia Lin Lakin, Clayton Pierce, Desiree M. Pelletier, Geoffrey M. Atkins, Jacob Van Leer, Ming Cheung, Matthew T. Broadhead, Catherine Denny, Mary Alissa Triick, Michael P. DeGrandis, Richard J. Lehmann, Thomas R. McCarthy, Conor Woodfin, Gilbert Dickey