# United States Court of Appeals
## For the First Circuit

No. 25-1585

COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; STEVEN BORNE, as father and next friend of Miles Borne; RUSSELL MUIRHEAD, as father and next friend of Alexander Muirhead and Lila Muirhead,

Plaintiffs - Appellees,

v.

JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; DAVID SCANLAN, in their official capacity as New Hampshire Secretary of State,

Defendants - Appellants.

**MANDATE**

Entered: July 2, 2025

In accordance with the judgment of July 2, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Geoffrey M. Atkins, Gilles R. Bissonnette, Matthew T. Broadhead, Ming Cheung, Michael P. DeGrandis, Catherine Denny, Gilbert Dickey, Henry R. Klementowicz, Sophia Lin Lakin, Richard J. Lehmann, Thomas R. McCarthy, John T. Montgomery, Desiree M. Pelletier, Clayton Pierce, Mary Alissa Triick, Jacob Van Leer, Conor Woodfin